| AOC-105           Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. _13-CI- 0003l_<br>Court  ☒ Circuit ☐ District<br>County _Breckinridge_ |
|---|---|---|

**PLAINTIFF**

Jenn _____ R _____ Benitez _____

P.O. Box 728 _____

Hardinsburg _____ Kentucky _____ 40143 _____

VS.

**DEFENDANT**

Dollar General Corporation _____

100 Mission Ridge _____

Goodlettsville _____ Tennessee _____ 37072 _____

**Service of Process Agent for Defendant:**

Corporations Service Company _____

421 West Main Street _____

Frankfort _____ Kentucky _____ 40601 _____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

> You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

> The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ___2-11___ , 2013

CINDY M. RHODES _____ Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2_____.

Served by: _____

_____
                                                          Title

**EXHIBIT**
**A**

COMMONWEALTH OF KENTUCKY
BRECKINRIDGE CIRCUIT COURT
DIVISION I
CIVIL ACTION NO.: 13-CI-00031

JENN ROSE BENITEZ                                    PLAINTIFF

### COMPLAINT

DOLLAR GENERAL &
UNKNOWN DEFENDANTS                                   DEFENDANTS
100 Mission Ridge
Goodlettsville, TN 37072

      Serve: Corporations Service Company
             421 West Main Street
             Frankfort, KY 40601

*    *    *    *

Comes the Plaintiff, Jenn Rose Benitez by counsel and for his Complaint against Defendants, Dollar General Corporation (hereinafter "Dollar General") and Unknown Defendants states:

### PARTIES

1.    At the time of the incident which is the subject matter of this lawsuit, the Plaintiff was resident of Kentucky.

2.    At the time of the incident which is the subject matter of this lawsuit, Defendant Dollar General Corporation maintains its principal place of business at 100 Mission Ridge, Goodlettsville, Tennessee 37072 and is a foreign corporation, doing business in the Commonwealth of Kentucky, Breckinridge, County and operates and manages the Dollar General store located at 1020 W. US HWY 60 for profit. As such, Defendants are subject to the personal jurisdiction of this Court and is amenable to

A TRUE COPY ATTEST

C. Rhodes (sec)

Clerk, Breckinridge Circuit/District Court

service of process by and through its Registered Agent in the Commonwealth of
Kentucky, listed above.

## JURISDICTION

3.     An actual controversy exists between the parties to this Action.  The
amount in controversy, exclusive of interest and costs, exceeds the jurisdictional
requirements of this court.

4.     The incident giving rise to this litigation occurred in Breckinridge County,
Kentucky on or about August 24, 2012.

## FACTS

5.     On or about August 24, 2012, Plaintiff, Jenn Rose Benitez presented to
Dollar General to purchase necessities on her way home from visiting her doctor.

6.     Upon entering the store with a service dog, Ms. Benitez was denied
entrance to the same by employees of Defendant Dollar General.

7.     Ms. Benitez presented proof that the dog accompanying her was a service
dog; she was denied full and equal enjoyment of the goods, services, facilities, privileges,
advantages and/or accommodations offered by Defendants.

## COUNT I: VIOLATION OF THE

## KENTUCKY CIVIL RIGHTS ACT

8.     Plaintiff repeats, realleges, and incorporates by reference herein
paragraphs 1 through 7 of the Complaint, as though fully set forth at this point in their
entirety.

2

9.      Defendants' conduct as set forth herein constitutes an unlawful practice denying an individual the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of a public place of accommodation on the ground of disability within the definition of the Kentucky Consumer Protections Act [KRS 344, et seq.].

10.     The subject Dollar General location is a place, store, and/or other establishment, either licensed or unlicensed, which supplies goods or services to the general public or which solicits or accepts the patronage or trade of the general public as defined by KRS 344.130.

11.     Plaintiff, Ms. Benitez accompanied by a service dog was denied the use and admittance of a public building.

12.     Due to Defendants' violations of the Kentucky Civil Rights Act, Plaintiff is entitled to all relief allowed under the Act, including the award of monetary damages, punitive damages, reasonable attorney's fees and costs of Court.

## COUNT II: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

13.     Plaintiff repeats, realleges, and incorporates by reference herein paragraphs 1 through 12 of the Complaint, as though fully set forth at this point in their entirety.

14.     Defendants intentionally caused Plaintiff severe emotional distress and injuries through Defendants' outrageous and illegal acts.

15.     Defendants' intentional infliction of emotional distress caused Plaintiff to suffer damages in excess of the jurisdictional limits of this Court.

3

## COUNT III: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

16.     Plaintiff repeats, realleges, and incorporates by reference herein paragraphs 1 through 15 of the Complaint, as though fully set forth at this point in their entirety.

17.     Defendants negligently caused Plaintiff severe emotional distress and injuries through Defendants' outrageous acts.

18      Defendants' negligent infliction of emotional distress caused Plaintiff to suffer damages in excess of the jurisdictional limits of this Court.

## COUNT III: ATTORNEY'S FEES AND COSTS

19.     Plaintiff repeats, realleges, and incorporates by reference herein paragraphs 1 through 18 of the Complaint, as though fully set forth at this point in their entirety.

20.     Because of Defendants' intentional, and negligent, acts and as provided under Kentucky Law including but not limited to 344.450, Plaintiff requests that she be awarded all of her costs and attorney's fees included herein.

## PRAYER FOR RELIEF

Plaintiff Jenn Rose Benitez, respectfully prays for Judgment against Defendants as follows:

1.      For violations of the Kentucky Civil Rights Act in an amount to be
        determined at trial;

4

2.      For intentional inflictions of emotional distress in an amount to be determined

at trial;

3.      For negligent inflictions of emotional distress in an amount to be determined

at trial;

4.      For punitive damages in an amount to be determined at trial

5.      For injunctive relief in a form to be determined at trial;

6.      For its costs expended herein, including reasonable attorney fees;

7.      For a trial by jury;

8.      For any and all further relief to which it may be entitled;


Respectfully submitted,


Bryan R. Armstrong
Attorney at Law
800 Kentucky Home Life Building
239 South Fifth Street
Louisville, KY 40205
*Attorney for Ms. Benitez*



UNITED STATES POSTAGE
PITNEY BOWES
$ 011.52⁰
02 1P
0003078644        FEB 13 2013
MAILED FROM ZIP CODE 40143

13-CI-00031

Corporations Service Company
421 West Main Street
Frankfort, KY   40601



CINDY M. RHODES
CIRCUIT COURT CLERK
BRECKINRIDGE CIRCUIT & DISTRICT COURTS
BRECKINRIDGE COUNTY JUSTICE CENTER
111 WEST 2ND STREET, P.O. BOX 111
HARDINSBURG, KENTUCKY 40143-0111

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7196 9008 9115 5050 7874

RETURN RECEIPT REQUESTED

NO. 13-CI-00031

FILED COPY
CIRCUIT/DISTRICT COURT
FEB 2 6 2013
BRECKINRIDGE CIRCUIT COURT
DONNA M. RHODES, CLERK
BY: _____ D.C.
DIVISION

JENN ROSE BENITEZ                                                      PLAINTIFF


## ANSWER

v.


DOLLAR GENERAL and UNKNOWN
DEFENDANTS                                                            DEFENDANTS

* * * * *

Come the Defendants, Dollar General Corporation, and Unknown Defendants, by counsel, and for their Answer to Plaintiff's Complaint, hereby state as follows:

1.      With respect to paragraphs 1, 3, 4, 5, 6, 7, 10, and 11 of Plaintiff's Complaint, Defendants are without sufficient information or knowledge to form a belief as to the allegations and therefore deny the same.

2.      With respect to paragraph 2 of Plaintiff's Complaint, Defendants admit the Defendant, Dollar General Corporation, maintains a principal place of business at 100 Mission Ridge, Goodlettsville, Tennessee 37072, is a foreign corporation doing business in the Commonwealth of Kentucky, Breckinridge County, and operates and manages the Dollar General store located at 1020 W. US HWY 60 for profit; the remaining allegations are denied for lack of sufficient information or knowledge.

3.      With respect to paragraphs 9, 12, 14, 15, 17, 18 and 20 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

4.     With respect to paragraph 13, 16, and 19 of Plaintiff's Complaint, Defendants adopt and incorporate by reference each and every response to the previous allegations as if set forth herein.

5.     Any allegation not specifically admitted is hereby denied.

### AFFIRMATIVE DEFENSES

6.     Defendants affirmatively state and allege that Plaintiff's Complaint fails to state a claim upon which relief may be granted.

7.     Defendants affirmatively state and allege that Plaintiff's Complaint may be barred, in whole or in part, by the applicable statute of limitations.

8.     Defendants affirmatively state and allege that Plaintiff's alleged damages may have been caused by her own conduct, or the conduct of third parties, over which Defendants have no control and for which Defendants are not liable.

9.     Defendants affirmatively state and allege that Plaintiffs' Complaint fails to state a claim upon which punitive damages can be awarded given that the alleged conduct of Defendants does not warrant imposition of punitive damages pursuant to any applicable Kentucky law.

10.    Defendants affirmatively state and allege that Plaintiffs' Complaint fails to allege facts sufficient to support a claim for exemplary and/or punitive damages and any claim for said damages should therefore be dismissed.

11.    Defendants affirmatively state and allege that Plaintiffs' claim for punitive damages is barred and is in violation of the due process of law clause of the Fifth and Fourteenth Amendments to the United States Constitution, and is in violation of the prohibition of ex post

2

facto laws contained in Section 10, Paragraph 1 of Article 1 of the United States Constitution, and the corresponding provisions of the Constitution of the Commonwealth of Kentucky; Defendants further state that Plaintiffs' claim for punitive damages is in violation of and is barred by the equal protection clause of Sections 2 and 3, et seq. of the Constitution of the Commonwealth of Kentucky.

12.    Defendants affirmatively state and allege that Plaintiffs' claim for punitive damages is unconstitutional and violates Defendants' right to protection from "excessive fines" as provided in the Eighth Amendment of the United States Constitution and Section 17 of the Constitution of the Commonwealth of Kentucky.

13.    Defendants affirmatively state and allege that Plaintiffs' claim for punitive damages is unconstitutional and barred by reason of Article Six of the United States Constitution.

14.    Defendants affirmatively state and allege that Plaintiffs' claim may be barred, in whole or in part, by any and all equitable defenses set forth in the Rules of Civil Procedure.

15.    Defendants hereby reserve the right to amend their Answer to Plaintiffs' Complaint if so warranted and plead any and all affirmative and/or equitable defenses for which discovery may provide a good faith basis.

WHEREFORE, Defendants, Dollar General Corporation, and Unknown Defendants, hereby demands the following relief:

1.    That Plaintiff's Complaint be dismissed with prejudice;

2.    For costs, expenses and reasonable attorney's fees;

3.    For trial by jury; and

4.    For any and all other relief to which they may appear to be entitled.

3

Respectfully submitted,

BOEHL STOPHER & GRAVES, LLP

Matthew B. Gay
400 West Market Street, Suite 2300
Louisville, Kentucky 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
mgay@bsg-law.com
COUNSEL FOR DEFENDANTS

4

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed to the following this 22nd

day of February, 2013:

      Bryan R. Armstrong
      Attorney at Law
      800 Kentucky Home Life Building
      239 South Fifth Street
      Louisville, Kentucky 40202
      COUNSEL FOR PLAINTIFF

                        COUNSEL FOR DEFENDANTS

528685.1

5