UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:13-CV-296-H

JENN ROSE BENITEZ                                                                                          PLAINTIFF

v.

DOLLAR GENERAL CORPORATION
& UNKNOWN DEFENDANTS                                                                         DEFENDANT

**AMENDED
MEMORANDUM AND ORDER**

Plaintiff has moved to remand based on the stipulation that she will not seek or accept damages in excess of $74,999. Defendant responds that the amount at issue clearly exceeds the jurisdictional limit and that the stipulation is unequivocal.

The Court concludes that the stipulation here meets the Court's requirements. Recently, this Court had occasion to review its own jurisprudence and that of the Sixth Circuit on these issues. The Court's comments in that case are applicable here. *See Spence v. Centerplate*, ____ F.Supp.2d _____, 2013 WL 1163991 (W.D. Ky. Mar. 21, 2013).

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to remand is SUSTAINED and this case is REMANDED to Breckinridge County Circuit Court.

cc:     Counsel of Record
        Breckinridge County Circuit Court